# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **WELLS FARGO BANK, N.A.**, <br> 101 N. Phillips Avenue <br> Sioux Falls, South Dakota 57104, <br><br>     Plaintiff, <br><br> v. <br><br> **ROYAL IMPORT EXPORT COMPANY, LLC**, <br> 2710 Bladensburg Road, NE <br> Washington, DC 20018, <br><br> *and* <br><br> **LBS Power Technologies, Inc.** <br> 415 NW Flagler Avenue, Apt. 301 <br> Stuart, FL 34994 <br><br>     Defendants. | Civil Action No. |

## **COMPLAINT FOR INTERPLEADER**

Plaintiff, Wells Fargo Bank, N.A. ("Plaintiff" or "Wells Fargo"), through its undersigned counsel and pursuant to 28 U.S.C. §§1335 and 2361, files this Complaint for Interpleader and sues Defendants, Royal Import Export Company, LLC ("Royal Import") and LBS Power Technologies, Inc. ("LBS Power") (Royal Import and LBS Power shall be collectively referred to here as the "Claimant Defendants"), and in support thereof, states as follows:

## INTRODUCTION

1. This is a civil action wherein Wells Fargo seeks to interplead restrained funds wired by LBS Power to Royal Import's business checking account at Wells Fargo.

2. Because there are multiple claimants to the funds at issue, Wells Fargo, as a disinterested stakeholder, seeks to interplead the restrained funds into the Court Registry to allow the Claimant Defendants to make their respective claims to the funds.

## PARTIES

3. Wells Fargo is a national banking association with its main office, as set forth in its Articles of Association, in Sioux Falls, South Dakota. Accordingly, Wells Fargo is a citizen of South Dakota.

4. Royal Import is a limited liability company organized in the District of Columbia in November 2010, with its principal place of business located at 2710 Bladensburg Rd NE, Washington, D.C. 20018 – the same address listed for Royal Import on its restrained business checking account at Wells Fargo. Upon information and belief, the single member of Royal Import, Maceline N. Che, is a citizen of the District of Columbia. Accordingly, Royal Import is a citizen of the District of Columbia.

5. LBS Power is a Florida corporation with its principal place of business in Stuart, Florida. Accordingly, LBS Power is a citizen of Florida.

## JURISDICTION

6. This is an action for interpleader of a sum that exceeds $500.00.

7. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§1335 and 2361, in that there is diversity of citizenship between at least two of the Claimant Defendants, and the amount in controversy in this action exceeds $500.00, exclusive of interest and costs.

8. This Court has jurisdiction over the parties because the funds at issue were wired to a Wells Fargo account held by Royal Import that was opened and maintained at all times material hereto in the District of Columbia. Furthermore, this Court has jurisdiction over the parties, pursuant to 28 U.S.C. § 1335 and 2361, which grants district courts authority to issue nationwide service of process in statutory interpleader actions, and at least one of the Claimant Defendants is a citizen of and resides in the District of Columbia.

9. Venue is appropriate in this Court pursuant to the provisions of 28 U.S.C. § 1391, since a substantial part of the events or omissions giving rise to the claim occurred in this District

## FACTS

10. On or about July 25, 2018, LBS wired $72,005.14 (the "Wire") to a Wells Fargo Business Choice Checking account held by Royal Import (Acct #: XXXXXX6005; the "Royal Import Account").

11. Over the next several weeks, Royal Import used, withdrew and/or transferred the majority of the Wire proceeds.

12. On or about August 16, 2018, LBS, through its bank (Bank of America) requested a recall of the Wire based on alleged fraud, and Wells Fargo restrained the Royal Import Account, which held (and still holds) a balance of $18,735.57 (the "Restrained Proceeds").

13. Despite multiple requests, Royal Import has not authorized Wells Fargo to debit the Restrained Proceeds from the Royal Import Account.

14. Accordingly, there are multiple claims to Restrained Proceeds.

15. At all times material, the relationship between Wells Fargo and Royal Import relative to the Royal Import Account was/is governed by the Wells Fargo Deposit Account Agreement, a true and correct copy of which is attached hereto as **Exhibit "A."**

16. There is now a dispute as to which of the Claimant Defendants is entitled to the Restrained Proceeds, thus necessitating this interpleader action.

17. Wells Fargo seeks to interplead the Restrained Proceeds into the Court Registry to allow the Claimant Defendants to make their respective legal claims to those Restrained Proceeds.

18. Wells Fargo has retained the undersigned attorneys to represent it in this action and has agreed to pay them a reasonable fee.

19. Wells Fargo is entitled to recover its reasonable attorneys' fees and costs in this matter pursuant to the Wells Fargo Deposit Account Agreement and applicable federal law where the general rule is that a disinterested, mere

stakeholder plaintiff who brings a necessary interpleader action is entitled to a reasonable award of attorneys' fees.

20. All conditions precedent to recovery have been performed, waived or have occurred.

## COUNT I—Interpleader

21. Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.

22. At this time there exist potentially rival, adverse and conflicting claims between the Claimant Defendants as to the rightful access to the Restrained Proceeds.

23. Wells Fargo claims no interest in the Restrained Proceeds and has done nothing to create the dispute over the access and/or entitlement to the Restrained Proceeds.

24. By reason of the conflicting claims for access to the Restrained Proceeds, Wells Fargo is in doubt as to who is entitled to the Restrained Proceeds, is in danger of being exposed to double or multiple liability, and cannot safely remit or release the Restrained Proceeds without the aid of this Court.

25. Wells Fargo is ready, willing, and able to deposit the Restrained Proceeds into the Court Registry, or to any other custodian or trustee the Court deems proper.

## PRAYER FOR RELIEF

Wherefore, Plaintiff requests that this Court grant the following relief:

A. This Court take jurisdiction over the parties, and permit Wells Fargo to deposit the Restrained Proceeds with the Registry of the Court;

B. This Court issue an order requiring the parties to the above-styled cause to interplead as to their rights and settle or litigate amongst themselves their claims and rights to the Restrained Proceeds;

C. Wells Fargo be discharged from all liability to any of the parties to this action in connection with the Restrained Proceeds and the Wire, including but not limited to any and all transactions related to the Royal Import Account;

D. The Claimant Defendants be enjoined and prohibited from instituting any actions against Wells Fargo and/or its agents, affiliates, employees and servants in connection with the Restrained Proceeds and the Wire, including but not limited to any and all transactions related to the Royal Import Account;

E. Wells Fargo be awarded its costs and reasonable attorneys' fees, to be paid from the Restrained Proceeds, for bringing this action;

F. Wells Fargo be dismissed as a party to this action; and

G. A grant of such additional relief as this Court deems equitable and proper.

**[SIGNATURE ON NEXT PAGE]**

                                                                                             Respectfully submitted,

Date: January 14, 2019                      **FOX ROTHSCHILD LLP**

                                                                                              /s/ _____
                                                                                              Jessica Haire, Esq.
                                                                                              (Bar No. 1011695)
                                                                                              1030 15th Street, NW
                                                                                              Suite 380 East
                                                                                              Washington, DC 20005
                                                                                              Telephone: (202) 461-3100
                                                                                              Facsimile: (202) 461-3102
                                                                                              jhaire@foxrothschild.com
                                                                                              *Attorneys for Plaintiff*